DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Criminal Division Chief

CASEY BOOME (NYBN 5101845)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6627
    FAX: (415) 436-7234
    Email: casey.boome@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-568 CRB |
|     Plaintiff, | [PROPOSED] ORDER REVOKING RELEASE AND ORDERING DETENTION OF LEMBRENT RUBIN PENDING TRIAL |
|     v. | |
| LEMBRENT RUBIN | |
|     Defendant. | |

On November 27, 2018, the government filed an Indictment charging the defendant with one count of Robbery Affecting Interstate Commerce, in violation of 18 U.S.C. § 1951(a) and one count of Brandishing a Firearm in Furtherance of a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A). The defendant made his initial appearance on November 28, 2018 and the government moved for detention. After a detention hearing held on December 6, 2018, this Court ordered the defendant to be released on conditions, including the condition that the defendant "shall not commit any federal state, or local crime." Dkt. No. 7.

On September 9, 2019, this Court was informed by the U.S. Pretrial Services Office that the

defendant had been arrested by the Vallejo Police Department after an incident in which police alleged that the defendant had stolen a pharmaceutical delivery truck and fled from police before being arrested in possession of a loaded handgun. Dkt. No. 38. This Court later received an incident report from the Vallejo Police Department and a Felony Complaint filed by the Solano County District Attorney charging the defendant with vehicle theft and firearms charges in relation to the September 9, 2019 incident.

Under 18 U.S.C. § 3148(b)(1)(A), the Court "shall enter an order of revocation and detention if, after a hearing, the (Court) finds that there is probable cause to believe that the (defendant) has committed a Federal State, or local crime while on release . . ."

The Court held a hearing on October 21, 2019. The defendant was present and represented by his attorney, Laura Robinson, and the government was represented by Assistant United States Attorney Casey Boome. Pretrial Services recommended that the Court revoke the defendant's release and order him detained. After examining the documents in the case file and hearing proffers and arguments from the parties, the Court finds that there is probable cause to believe that the defendant, Lembrent Rubin, has committed a Federal, State, or local crime while on release. The Court further finds that the defendant has failed to rebut the presumption that no condition or combination of conditions will assure that the defendant will not pose a danger to safety of any other person or the community. *See* 18 U.S.C. § 3148(b).

Accordingly, pursuant to 18 U.S.C. § 3142(i), IT IS HEREBY ORDERED THAT:
(1) the defendant is committed to the custody of the United States Marshals Service for confinement in a correctional facility;
(2) the defendant be afforded reasonable opportunity for private consultation with his counsel; and

//
//
//
//
//

(3) on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

October 22, 2019

_____
HON. SALLIE KIM
United States Magistrate Judge